## Eastcoast Equipment Company *v.* Maryland Casualty Company, Appellant.

Argued December 13, 1965. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, and HOFFMAN, JJ. (FLOOD, J., absent).

*Lynn L. Detweiler*, with him *Swartz, Campbell & Detweiler*, for appellant.

*Harry Norman Ball*, with him *H. Donald Busch*, for appellee.

OPINION PER CURIAM, March 24, 1966:

The order of the Court of Common Pleas of Philadelphia County is affirmed on the opinion of President Judge JOSEPH SLOANE for the court below, reported at **38 Pa. D. & C. 2d 449.**